U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 15 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PATRICIA NANETTE CRAWFORD     CIVIL ACTION NO. 14-cv-0512

VERSUS     JUDGE WALTER

U.S. MARSHAL POLICE CITY     MAGISTRATE JUDGE HORNSBY
MARSHAL DEPT.

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___15___ day of ___May___, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE